ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA BURKE, as Wrongful Death Heir, and as Successor-in-Interest to JAMES BURKE, Deceased, and DEBRA ANN BURKE-CAPONE, JODI LEIGH BURKE-DEMAREST, AMANDA MARIE SPEES, as Legal Heirs of JAMES BURKE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), *et al.*,<br><br>Defendants. | Case No. 3:11-cv-04770-CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant METROPOLITAN LIFE INSURANCE COMPANY from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER

1 | Dated: April 8, 2013      BRAYTON❖PURCELL LLP

By: *Geoff Sloniker*
Geoff T. Sloniker, Esq., CA S.B. #268049
GSloniker@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

10 | Dated: MAY 3, 2013      STEPTOE & JOHNSON LLP

By: /S/
Thomas D. Murphy
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

19 | Dated: May 8, 2013      SO ORDERED:

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER