ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA BURKE, as Wrongful Death Heir, and as Successor-in-Interest to JAMES BURKE, Deceased, and DEBRA ANN BURKE-CAPONE, JODI LEIGH BURKE-DEMAREST, AMANDA MARIE SPEES, as Legal Heirs of JAMES BURKE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), *et al.*, <br><br> Defendants. | Case No. 3:11-cv-04770-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant METROPOLITAN LIFE INSURANCE COMPANY from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

///

1

REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: April 8, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: _Geoff Sloniker_ |
| 6 | | Geoff T. Sloniker, Esq., CA S.B. #268049 |
| 7 | | GSloniker@braytonlaw.com |
|   | | Tel: (415) 898-1555 |
|   | | Fax: (415) 898-1247 |
|   | | Attorneys for Plaintiffs |

Dated: MAY 3, 2013            STEPTOE & JOHNSON LLP

By: /S/
Thomas D. Murphy
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

Dated: May 8, 2013            SO ORDERED:

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

**IT IS SO ORDERED**
Judge Charles R. Breyer

2
REQUEST FOR DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, WITH PREJUDICE; ORDER